UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF OLIVIA B. GREGGS, by her Administrator, CHEYENNE GREGGS,

           Plaintiff(s),

    Case No.: 5:23-cv-00412-DNH-ML

-against-

CLINTON SQUARE OPERATIONS LLC d/b/a BISHOP REHABILITATION AND NURSING CENTER, SUNNYSIDE CARE CENTER LLC d/b/a/ SUNNY SIDE CARE CENTER, AART GEURTSEN, M.D., JOHN AND JANE ROES 1-10; JOHN AND JANE DOE PHYSICIANS 1-10; RICHARD AND JANE ROE NURSES, TECHNICIANS, CAN'S AND PARAMEDICAL EMPLOYEES 1-30; ABC CORPORATION; ABC PARTNERSHIP (These names being fictitious as their true identities are presently unknown),

           Defendant(s),

---

## STIPULATION AND ORDER

---

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for all parties, that this action be remanded to the Supreme Court of the State of New York, Onondaga County, without costs or fees to any party.

  **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation affects any defense of immunity or defensive preemption under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e.

  **IT IS FURTHER STIPULATED AND AGREED** that Defendant CLINTON SQUARE OPERATIONS LLC d/b/a BISHOP REHABILITATION AND NURSING CENTER's time to

1

appear, answer, move, or otherwise respond to the Complaint is hereby extended to, and includes, September 30, 2023.

Dated: August 16, 2023

|  |  |  |  |
|---|---|---|---|
|  | /s/ Christopher LoPalo |  | /s/ Lori Rosen Semlies |
| By: | Christopher LoPal | By: | Lori Rosen Semlies |
|  | NS PR LAW SERVICES LLC |  | WILSON, ELSER, MOSKOWITZ, |
|  | Santurce, PR 009007 |  | EDELMAN & DICKER, LLP |
|  | Tel: (212) 397-0000 |  | *Attorneys for Defendant* |
|  | Fax: (646) 843-7603 |  | Clinton Square Operations LLC |
|  | CLoPalo@nsprlaw.com |  | d/b/a Bishop Rehabilitation and Nursing Center |
|  |  |  | 1133 Westchester Avenue |
|  |  |  | White Plains, NY 10604 |

**SO ORDERED**, this 12th day of September, 2023.

_____
David N. Hurd
U.S. District Judge

285891204v.1